148

876 A.2d 390

COMMONWEALTH of Pennsylvania, Petitioner,

v.

Louis REGNA, Respondent.

Supreme Court of Pennsylvania.

June 21, 2005.

*ORDER*

PER CURIAM.

AND NOW, this 21st day of June, 2005, the Petition for Allowance of Appeal is hereby GRANTED and the order of the Superior Court is REVERSED. *Commonwealth v. Meadows,* 567 Pa. 344, 787 A.2d 312, 320 (2001); *Commonwealth v. Priovolos,* 552 Pa. 364, 715 A.2d 420, 423 (1998).